

FILED

AUG 0 8 2007

CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## NORTHERN DIVISION

| | | |
|---|---|---|
| RUDOLPH HEYD, | ) | Civ. 06-1018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| PENN TREATY NETWORK AMERICA | ) | |
| INSURANCE COMPANY, PENN TREATY | ) | |
| AMERICAN CORPORATION, AMERICAN | ) | |
| NETWORK INSURANCE COMPANY, AND | ) | |
| AMERICAN INDEPENDENT NETWORK | ) | |
| INSURANCE COMPANY OF NEW YORK | ) | |
| | ) | |
| Defendants. | ) | |

The Court having read and examined the parties' Stipulation for Dismissal and

being fully advised in the premises; it is hereby

ORDERED that the above-entitled action and all causes of action contained or

referenced to in the pleadings be, and they hereby are, dismissed with prejudice, without further

notice and without taxation of costs to any party hereto.

Dated:    8 — 8 — 07

BY THE COURT:

_Charles B. Kornmann_
United States District Judge

ATTEST:

Joseph Haas
Clerk

By: Barbara J. Saude
Deputy

NYI:1508751.01:WC5R01!.DOC67442.0012